IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION NO.: 5:22-cv-40 |
| v. | |
| NATANAEL DAMACENO-GOMES, | |
| Defendant. | |

### ORDER SETTING INITIAL HEARING

THIS CAUSE having come before the Court on the United States' Motion for Preliminary Injunction or in the Alternative a Temporary Restraining Order, (doc. 5), and Notice of Clarification and Motion to Expedite Pursuant to LCvR 7.7, (doc. 8), filed on July 12, 2022, it is hereby **ORDERED** that the United States' request for an expedited hearing is **GRANTED**.

THEREFORE, IT IS HEREBY ORDERED that this matter is scheduled for an initial hearing on the Motion for Preliminary Injunction or in the Alternative a Temporary Restraining Order, (doc. 5), at **2:30 p.m.** on **Wednesday, July 13, 2022**. The initial hearing will be conducted by electronic means (video conference ("VTC") or telephone conference should video conference be unavailable). At this hearing, all parties shall be present and in attendance. The United States shall ensure the attendance of the Defendant and Eugene Charbonneau D.O., Clinical Director, Folkston Annex ICE Facility, at the hearing.

IT IS FURTHER ORDERED that Adriana Williams, or any otherwise competent interpreter is designated to serve as interpreter in this case. Compensation shall be paid by the government directly to the interpreter pursuant to the terms of the contract.

The Clerk of Court shall provide the parties with instructions and procedures for conducting the initial hearing via electronic means to include any connection information. For public access to this hearing, callers may dial 888-684-8852, and enter the call access code: 9717475. Counsel shall notify the undersigned's Courtroom Deputy Clerk in advance of the hearing of any additional attendees or witnesses and arrange for the submission of any evidence via electronic means.

**SO ORDERED**, this 13th day of July, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA