**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**CLERKS MINUTES - CIVIL**

**CASE NO.** 5:22-cv-40 **DATE:** 07-15-2022

**TITLE:** United States of America v. Natanael Damaceno-Gomes

**HONORABLE R. STAN BAKER** **COURTROOM DEPUTY CLERK:** Pam Hammock

**COURT REPORTER**: Kelly McKee **INTERPRETER:** Adriana Williams

**TAPE NO.** CR-1 **TIME**: 9:15 – 9:45 **TOTAL:** 00:30

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR | DEFENDANT |
|---|---|---|
| Ryan Grover | | pro se |
| Woelke Leithart | | |

**FOLLOW UP HEARING ON MOTION, doc. 5**

- Interpreter sworn. Interpreter provides that before hearing began Dr. Lewis read the Status Report, doc. 11 and the interpreter translated for the Defendant.
- Court addresses parties regarding the status report.
- Court proposes leaving the injunction as ordered on July 13, 2022, in place to continue to monitor the Defendant. Plaintiff to provide report to the Court, but Court sees no need to order anything additional.
- Court will schedule another follow up conference with the parties on Friday, July 22, 2022.
- Court hears from Dr. Charbonneau who agrees with Court's course of action.
- No objection from Plaintiff USA. Plaintiff submits update as to lab test results, and Dr. Charbonneau Provides the Court with updated stats of Defendant.
- Court hears from parties, including Defendant, with regard to hunger strike and also as to phone and/ or video calls (communication) with Defendant's family.
- With nothing further from the parties, hearing is adjourned. Follow up conference to be scheduled.
-
-
-
-