**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**CLERKS MINUTES - CIVIL**

**CASE NO.** 5:22-cv-40 **DATE:** 07-22-2022

**TITLE:** United States of America v. Natanael Damaceno-Gomes

**HONORABLE R. STAN BAKER** **COURTROOM DEPUTY CLERK:** Pam Hammock

**COURT REPORTER**: Kelly McKee **INTERPRETER:** Adriana Williams

**TAPE NO.** RSB-CHMB **TIME**: 11:00 – 11:25 **TOTAL:** 00:25

| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| Ryan Grover | pro se |

**FOLLOW UP HEARING ON MOTION, doc. 5**

- Interpreter sworn.
- Court addresses parties regarding the 7/20/2022 status report, doc. 16.
- AUSA Grover provides additional status update since the filing of the 7/20 report including status of Defendant's contact with family.
- Dr. Charbonneau agrees with keeping current process and order in place.
- Court hears from Dr. Charbonneau who agrees with Court's course of action.
- Court hears from Defendant.
- Court hears addresses parties.
- New status report deadline of COB on July 28, 2022.
- Defendant requests to be with his family. Court provides that it has no jurisdiction over Defendant's immigration proceedings.
- With nothing further from the parties, hearing is adjourned.