**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**CLERKS MINUTES - CIVIL**

**CASE NO.** 5:22-cv-40 **DATE:** 07-26-2022

**TITLE:** United States of America v. Natanael Damaceno-Gomes

**HONORABLE R. STAN BAKER** **COURTROOM DEPUTY CLERK:** Pam Hammock

**COURT REPORTER**: Kelly McKee **INTERPRETER:** Adriana Williams

**TAPE NO.** SAV-CR1 **TIME**: 4:20 – 4:55 **TOTAL:** 00:35

| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR** | **DEFENDANT** |
|---|---|---|
| Ryan Grover | | pro se |
| | | |

**FOLLOW UP HEARING ON MOTION, doc. 5**

- Interpreter sworn.
- Court addresses parties regarding the 7/26/2022 status report, doc. 18, which was read and translated for the Defendant by the interpreter prior to the hearing.
- Court hears from Dr. Charbonneau regarding status of Defendant's health and the need for the placement of a nasogastric tube.
- Court hears from Defendant and Dr. as to the Defendant's current health and the USA's request.
- Court grants the USA's request for placement of a nasogastric tube and provides parties findings re same. Nasogastric tube may be used on the Defendant in the even the Defendant refuses to voluntarily ingest nutritional supplements.
- Status report to be filed on or before 7/28/2022 updating the Court as to Defendant's progress and health.
- Court addresses the parties.
- With nothing further from the parties, hearing is adjourned.