**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 5:22-cv-40 |
| v. | ) | |
| | ) | |
| NATANAEL DAMACENO-GOMES, | ) | |
| | ) | |
| Defendant. | ) | |

# NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff the United States of America hereby voluntarily dismisses its Complaint in the above-captioned matter.

Date: August 12, 2022

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Ryan C. Grover*
Assistant United States Attorney
South Carolina Bar No. 101218
U.S. Attorney's Office
Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
E-mail: Ryan.Grover@usdoj.gov

*/s/ O. Woelke Leithart*
Idaho Bar No. 9257
Assistant United States Attorney
U.S. Attorney's Office
Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
E-mail: Woelke.Leithart@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2022, I have a caused a copy of the foregoing to be sent by United States mail to the following recipient who is not registered in the CM/ECF System:

Natanael Damaceno-Gomes, A# 220-332-034
c/o Folkston Processing Center
3026 Hwy 252 East
P.O. Box 248
Folkston, GA 31537

Defendant

This 12th day of August, 2022.

*/s/ Ryan C. Grover*
Assistant United States Attorney