IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NATANAEL DAMACENO-GOMES,<br><br>    Defendant. | CIVIL ACTION NO.: 5:22-cv-40 |

**O R D E R**

The United States of America (hereinafter, "the Government") filed its Complaint initiating this action on July 12, 2022.  (Doc. 1.)  The Government has since filed a Notice of Voluntary Dismissal, dismissing the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).  (Doc. 24.)  No answer or motion for summary judgment has been filed.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (a)(2), the case is **DISMISSED WITHOUT PREJUDICE**, (id.), and the Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 22nd day of August, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA